1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7478
7  Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov
8
   Attorneys for Plaintiff

**FILED**

SEP 13 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-12-0292-YGR |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |
| v. ) | |
| CAREY HENDRICKSON, ) | |
| Defendant. ) | |

Pursuant to Fed. R. Crim. P. 16(d), the United States and the defendant, through their undersigned counsel, hereby stipulate and agree that the Court should issue the proposed Protective Order requiring that all FBI Form 302s and other interview reports produced by the government to the defendant be subject to the following conditions:

1. <u>Protected Material</u>

The government is preparing to produce a substantial number of witness interview reports prepared by law enforcement agents. The government's investigation, however, is on-going and disclosure of the interview reports to witnesses, subjects, and targets of that investigation, or their counsel, may obstruct the investigation and influence the testimony of potential witnesses.

To expedite discovery, and avoid any potential delay which might result from redacting confidential information from the documents prior to their production, the parties have agreed

that, at present, all witness interview reports produced by the government shall be deemed "Protected Material."

Possession of copies of the Protected Material shall be limited to the defendant, her attorney, and the "defense team," which includes any investigators, paralegals, law clerks, assistants and other persons who are within the attorney-client privilege (hereinafter collectively referred to as "members of the defense team"). The "defense team" does **not** include individuals or attorneys with whom the defendant or her attorney have a joint defense agreement.

**The defendant, her attorney and the members of her defense team agree not to provide copies of the Protected Material to any other person, or to share the contents of the Protect Material with any other person.**

Pursuant to Fed. R. Crim. P. 16(d)(1), the parties may, for good cause shown, seek an order modifying this Protective Order to, for example, exclude certain documents from the category of Protected Material, and nothing about this stipulation and order shall constrain the ability of the parties to seek, or the ability of the Court to grant, such relief.

2.  Court Filings

The parties agree that they will make good faith efforts to undertake all reasonable and practicable steps to prevent the public disclosure in court filings of Protected Material. Such steps may include, but are not limited to, filing under seal, redacting or coding the information.

3.  Return of Protected Material

The defendant, her attorney and the members of her defense team shall return all Protected Material provided pursuant to this Protective Order to the government within ninety (90) calendar days after any one of the following events, whichever occurs latest in time: (a) dismissal of all charges against the defendant; (b) defendant's acquittal after trial by court or jury; (c) if defendant is convicted, the expiration of the time period in which a direct appeal may be taken; (d) if a direct appeal is taken, the date on which any such appeal is finally determined; and, (e) expiration of time for the defendant's application for habeas corpus relief.

///

The government will maintain a copy of all Protected Material in compliance with its normal document retention policies.

SO STIPULATED.

DATED: 9/13/2012

MELINDA HAAG
United States Attorney

JOHN H. HEMANN
Assistant United States Attorney

DATED: 9/13/2012

JOHN RUNFOLA
Counsel for Carey Hendrickson

**PROTECTIVE ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: 9/13/2012

HON. YVONNE GONZALEZ ROGERS
United States District Judge